IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CKSJB HOLDINGS, LLC, successor in interest to POINTSOURCE, LLC,<br><br>   *Plaintiff,*<br><br>v.<br><br>EPAM SYSTEMS, INC.,<br><br>   *Defendant.* | CIVIL ACTION<br>NO. 18-2173 |

## ORDER

**AND NOW**, this 29th day of March, 2019, upon consideration of Defendant's Motion to Dismiss (ECF No. 28), Plaintiff's Response (ECF No. 29) and Defendant's Reply (ECF No. 31), it is hereby **ORDERED** that the Motion is **GRANTED**. Counts I and II of the Amended Complaint are **DISMISSED with prejudice.**

Count III is **DISMISSED without prejudice**. Plaintiff may amend Count III, consistent with the Court's Memorandum, on or before **April 12, 2019**. Should Plaintiff fail to do so, Count III will be dismissed with prejudice and the Clerk directed to close the case.

BY THE COURT:

GERALD J. PAPPERT, J.